IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02559-LTB

TODD B. SHARON,

    Plaintiff,

v.

[NO DEFENDANTS NAMED],

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on October 31, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 31 day of October, 2012.

    FOR THE COURT,

    JEFFREY P. COLWELL, Clerk


    By: s/ S. Grimm
        Deputy Clerk